FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEANNIE WAILES, a single woman,<br><br>    Plaintiff,<br><br>    v.<br><br>RA. MA. TRANSPORT, INC., a foreign<br>corporation, and RALPH MENKEL and<br>JANE DOE MENKEL, individually and<br>the marital community composed thereof,<br><br>    Defendants. | NO.  2:20-CV-00015-SAB<br><br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice and without Fees or Costs, ECF No. 15. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice and without Fees or Costs, ECF No. 15, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

**ORDER DISMISSING CASE** * 1

4. The trial date and any remaining pretrial deadlines are **stricken.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of December 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE * 2**